JS-6 /ENTER

**FILED**
OCT - 9 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OTTONIEL MUNOZ,<br><br>   Petitioner,<br><br>   v.<br><br>IVAN D. CLAY, Warden,<br><br>   Respondent. | Case No. CV 09-5209-GAF (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: October 8, 2009

_____
Gary A. Fees
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY